UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN MICHAEL BUTLER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No.  2:26-cv-00126 DAD CKD

ORDER

Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  Plaintiff asserts that his son's Supplemental Security Income ("SSI") was cut off in May 2025.  He states that 42 months ago, he applied for SSI for two of his children and has not

1

received the funds retroactively.  Plaintiff attaches copies of agency paperwork, but the nature of his legal claim or claims is unclear.  In his in forma pauperis application, plaintiff states that he has nine children and is receiving approximately $4,000 in monthly SSI benefits for himself and three of his children.  (ECF No. 2.)  At one point in the complaint, which is disorganized and does not contain a short and plain statement of the claims, plaintiff asserts that the Social Security Administration committed breach of contract by failing to send him the expected funds.  (ECF No. a at 47-48.)  Plaintiff's brief and conclusory allegations do not state a federal claim against defendant.

The federal courts are courts of limited jurisdiction.  Without a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Plaintiff has not alleged a violation of federal law.  Because there is no basis for federal jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed.  Failure to allege a proper basis for jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

2.  No later than February 13, 2026, plaintiff shall show cause why this action should not be dismissed for lack of jurisdiction.

Dated:  January 30, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/butl0126.ifp-nojuris

2