UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN MICHAEL BUTLER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:26-cv-00126 DAD CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITH PREJUDICE

(Doc. No. 5)

Plaintiff initiated this civil action by filing a complaint on January 15, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On January 30, 2026, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing why this action should not be dismissed for lack of jurisdiction and failure to state a cognizable claim. (Doc. No. 3.) Plaintiff responded to the order to show cause (Doc. No. 4), but the magistrate judge found that plaintiff's response did not show any basis for this court's jurisdiction over this action. (Doc. No. 5.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed due to lack of jurisdiction. (*Id.*)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) On February 27, 2026, plaintiff filed his objections to those findings and recommendations arguing essentially

that he did not consent to magistrate judge jurisdiction, requesting a *de novo* hearing before the undersigned, and stating that he is seeking past due Supplemental Security Income benefits dating back to June of 2022 with regard to two of his children in the approximate amount of $90,000. (Doc. No. 6.) Plaintiff's objection do not provide a basis upon which to reject the pending findings and recommendations. The court notes that plaintiff's lack of consent to magistrate judge jurisdiction is not at issue here because the assigned magistrate judge has only recommended dismissal of this action and the undersigned is conducting a *de* novo review of that recommendation. In addition, while the undersigned agrees that this court lacks jurisdiction over the action as presented by plaintiff's complaint, this dismissal order is without prejudice to plaintiff seeking review of the decision regarding SSI benefits by way of appropriate administrative or legal avenues.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The February 18, 2026 findings and recommendations (Doc. No. 5) are adopted in full;
2. Plaintiff's request for a hearing before the undersigned (Doc. No. 6) is denied;
3. This action is dismissed for lack of jurisdiction without prejudice; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE